# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

Clifford W. Taylor,
Chief Justice

132883

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SUSAN C. CHILDERS,
      Plaintiff-Appellee,

v

                                SC: 132883
                                COA: 272806
                                WCAC: 04-000464

LEAR AUTOMOTIVE SYSTEMS and
ZURICH AMERICAN INSURANCE COMPANY,
      Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the December 1, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
Clerk

t0319